SAMUEL G. BEACH, RESPONDENT, *v.* JACOB SKILLMAN, IMPLEADED WITH JOHN HAY, APPELLANT.

*Motion for new trial on minutes in County Court.*

APPEAL from a judgment entered upon a verdict for plaintiff in the Monroe County Court, and from an order denying a motion for a new trial on the minutes.

The case originated in a Justice's Court, being appealed by defendant and he demanding a new trial. After verdict in the County Court the defendant moved for a new trial upon the minutes, which was denied. A case with exceptions was then made, but no further motion for new trial.

Upon the case coming on at the General Term it was insisted that the appeal should be dismissed for the reason that no motion for a new trial upon the case and exceptions had been made.

With reference to this the court at General Term said: "The respondent claims the appeal should be dismissed and the judgment affirmed, for the reason that no motion was made in the County Court for a new trial *upon a case and exceptions;* that such motion on the minutes was not enough. In none of the cases cited by respondent (*Dahash* v. *Flanders*, 2 N. Y. S. C. [T. & C.], 445 ; *Lester* v. *R. R. Co.*, id., 672; *Murray* v. *Vandeveer*, 6 Hun, 302 ; *Tallman* v. *Express Co.*, 6 id., 377 ; *Quin* v. *Weed*, 5 id., 350 ; *Shear* v. *Van Dyke*, 4 N. Y. W. Dig., 348) does it appear that a motion for a new trial was made on the minutes, so that the operation of such a motion was not considered. In some of the cases it is said the bill of exceptions must be first considered by the County Court; in others that a motion for a new trial must be first made there. By section 366 of the Code (sub. 6) motions for new trials on the minutes are author

ized in cases like the present, and the practice is assimilated to that in the Supreme Court. The appeal was from the order, as well as the judgment. The County Court has passed upon the exceptions, the same as if incorporated in a case. I think the appeal should not be dismissed."

*J. E. Roe*, for the appellant.    *J. M. Dunning*, for the respondent.

Opinion by MERWIN, J.

Present — TALCOTT, P. J., SMITH and MERWIN, JJ.

Judgment and order affirmed, without prejudice to motion in court below to make judgment conform to verdict.